**In re the Matter of Oscar Douglas
WASHINGTON, Deceased.**

**Dorthea Washington, Personal Repre-
sentative for the Estate of Oscar
Douglas Washington, Petitioner/Ap-
pellant,**

v.

**US Bank, NA, Respondent/Respondent.**

**No. ED 90995.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 14, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 24, 2008.

James Joseph Leightner, Clayton, MO,
for appellant.

---

**1.** Plaintiff's motion to strike portions of De-

fendants' brief taken with the case is denied.

Maria Gabrielle Zschoche, St. Louis, MO, for Respondent.

Before BOOKER T. SHAW, P.J., KATHIANNE KNAUP CRANE, J., and MARY K. HOFF, J.

### *ORDER*

PER CURIAM.

Dorthea Washington appeals the trial court's summary judgment in favor of U.S. Bank on her petition for the discovery of assets seeking to recover over $209,000 in unauthorized disbursements from her deceased husband's accounts. We have reviewed the briefs and the record, and we conclude that no error of law appears. No precedential or jurisprudential purpose would be served by an opinion reciting the detailed facts and restating the principles of law. A memorandum has been provided to the parties for their use only, setting forth the reasons for this order. We affirm pursuant to Rule 84.16(b).